| | |
|---|---|
| 1 | ADAM L. BRAVERMAN <br> United States Attorney |
| 2 | COLIN M. MCDONALD <br> Assistant United States Attorney |
| 3 | California Bar No. 286561 <br> United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 <br> San Diego, California 92101-8893 |
| 5 | Telephone: (619) 546-9144 |
| 6 | Attorneys for Plaintiff <br> UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17MJ4561 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ANNETTE MARIE GONZALES, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

CMMC:aag:12/5/2017

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: December 5, 2017.

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

*s/Colin M. McDonald*
COLIN M. MCDONALD
Assistant United States Attorney
Attorney for Plaintiff
United States of America

2

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17MJ4561 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| ANNETTE MARIE GONZALES, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Colin M. McDonald, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

To: Marc Scott Levinson, Esq. Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2017.

                    ADAM L. BRAVERMAN
                    United States Attorney

                    *s/Colin M. McDonald*
                    COLIN M. MCDONALD
                    Assistant U.S. Attorney
                    Attorney for Plaintiff
                    United States of America