AO 466 (Rev. SDCal 04/13) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Annette Gonzales | ) | Case No. 3:17-mj-4561-KSC |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 12/5/17

*Defendant's signature*

*Signature of defendant's attorney*

Marc S. Levinson (SBN. 249322)
*Printed name and bar number of defendant's attorney*

402 W. Broadway, Suite #1700
San Diego, CA 92101

*Address of defendant's attorney*

mlevinsonattyatlaw@yahoo.com
*E-mail address of defendant's attorney*

(619) 846-9243
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*